WR-82,771-01,02,03,04,05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/13/2015 3:58:48 PM
Accepted 10/13/2015 4:47:16 PM
ABEL ACOSTA
CLERK

**NOS. WR-82,771-01, WR-82,771-02, WR-82,771-03, WR-82,771-04 & WR-82,771-05**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF CRIMINAL** |
| | § | **APPEALS** |
| | § | |
| **RODOLFO GARZA** | § | **OF TEXAS** |

RECEIVED
COURT OF CRIMINAL APPEALS
10/13/2015
ABEL ACOSTA, CLERK

## APPLICANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGES OF SAID COURT:**

Applicant Rodolfo Garza (hereinafter referred to as "Applicant"), by through his newly retained undersigned counsel, respectfully submits this, his First Unopposed Motion for Extension of Time, and in support thereof would show this Court as follows:

**I.**

Applicant recently retained the undersigned to represent him in the above-styled proceeding.

**II.**

On June 17, 2015, this Court entered an Order setting forth deadlines by which the trial court was to take certain actions in this matter, as described more fully therein, within ninety (90) days and one hundred and twenty (120) days, respectively, of that Order,

**III.**

The undersigned requires at least thirty (30) days to properly investigate this matter, including, but not limited to reviewing offense reports, plea papers, sentencing transcripts, and related materials concerning the numerous convictions at issue in this case, interviewing trial counsel, and reviewing all pleadings and affidavits that have previously been filed.

**IV.**

Consequently, the undersigned respectfully requests that this Court issue a new Order to replace that of June 17, 2015, setting forth new deadlines of ninety (90) and one hundred (120) days for the trial court to take the actions described more fully therein.

**V.**

The undersigned conferred with Matagorda County District Attorney Steven Reis concerning the relief requested in this motion, and learned that the State of Texas is not opposed to same. Moreover, this is Applicant's first request for such an extension of time.

WHEREFORE, PREMISES CONSIDERED, Applicant Rodolfo Garza respectfully requests that this unopposed motion be, in all things, granted, and that this Court enter a new Order setting forth new deadlines to replace those previously described in this Court's Order of June 17, 2015.

Respectfully submitted,

**LAW OFFICES OF D. CRAIG HUGHES**

**/D. Craig Hughes**

---

**D. CRAIG HUGHES**
**State Bar No. 10211025**
7322 Southwest Freeway - Suite 1100
Houston, Texas 77074
(713) 535-0683
(713) 981-3805 (FAX)
dcraighughes @msn.com (email)
**ATTORNEY FOR APPLICANT**
**RODOLFO GARZA**

**THE LAW OFFICE OF**
**KYLE VERRET, PLLC**

**/ J. Kyle Verret**

---

 **J. KYLE VERRET**

**State Bar No. 24042932**
11200 Broadway, Suite 2743
Pearland, TX 77584
Phone / Fax: (281) 764-7071
2029 Strand, Suite 3, Galveston, TX 77550
Phone / Fax: (409) 515-5004
Email: kyle@verretlaw.com
**ATTORNEY FOR APPLICANT**
**RODOLFO GARZA**

## CERTIFICATE OF SERVICE

The undersigned certifies that he forwarded a true and correct of the foregoing motion via facsimile transmission to Matagorda County District Attorney Steven Reis on this the 13th day of October, 2015.

/D. Craig Hughes

_____

D. Craig Hughes